COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| FELIPE LACKEY RANGEL, | § | No. 08-09-00056-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 3 |
| NPG OF TEXAS, L.P. d/b/a KVIA TV CHANNEL 7 ABC, | § § | of El Paso County, Texas |
| Appellee. | § | (TC # 2005-4619) |

## MEMORANDUM OPINION

Pending before the Court is Felipe Lackey Rangel's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Rangel no longer wishes to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice. Costs are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

November 24, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.